```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2722
```

FILED
MAY 0 7 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re Search Warrant,           )    Misc no. 208-SW-0173 DAD
                                )
                                )    ORDER
        [sealed]                )
_____)

For the reasons set forth in the declaration of Brian Korbs, the Court hereby orders that: the affidavit to the Criminal Complaint and Search Warrant, the relevant face pages, as well as this Application for Sealing Order, Declaration in Support Thereof, and Order, are sealed.  They shall remain sealed until the arrest of the defendant, or by further order of the court, whichever comes first.

DATED: May 7, 2008

_____
HON. DALE A. DROZD
U.S. Magistrate Judge

4